COUNTY SECURITIES, INC., Respondent, *v.* WARWICK PROPERTIES, INC., et al., Defendants and CITY OF MOUNT VERNON, Defendant-Appellant.

Argued November 30, 1942; decided January 7, 1943.

*Arthur H. Ellis*, Corporation Counsel (*Irving Libenson* of counsel), for appellant.

*Arthur M. Laufer* for respondent.

*Joseph W. Bryan* for Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Westchester Mortgage and Title Company, et al., *amicus curiæ* in support of respondent.

Judgments modified by deducting from the amount thereof all interest allowed for the breach prior to the commencement of the present action, and as so modified, affirmed without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.